UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2012 JAN 18 PM 2:57
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

NANCY R. BARLOW,

Plaintiff,

v.  Case No.: 3:11-cv-1149-J-20MCR

CARDWORKS SERVICING, LLC,

Defendant.
_____/

### ORDER

**THIS CAUSE** is before this Court on Plaintiff's Voluntary Dismissal with Prejudice (Dkt. 4).

Accordingly it is **ORDERED**:

1. Plaintiff's Voluntary Dismissal with Prejudice (Dkt. 4) is **GRANTED**;

2. Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice**; and

3. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 18 day of January, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Taylor J. King, Esq.
Jonathan K. Aust, Esq.
2810 Peachtree Industrial Blvd., Suite D
Duluth, GA 30097